# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 567 EAL 2014
                                           :

             Respondent : Petition for Allowance of Appeal from the
                                           : Order of the Superior Court

                   v. :

CARLOS REVERON, :

              Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.